THE PEOPLE OF THE STATE OF NEW YORK ex rel. KATHERINE T. MAXWELL, Appellant and Respondent, against GEORGE L. MAXWELL et al., Respondents and Appellants.

Submitted November 21, 1938; decided December 6, 1938.

*George Gordon Battle* for motion.

*Clarence Blair Mitchell* opposed.

Motion denied on the ground that leave to appeal is unnecessary.